**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  PETITION TO EMPANEL THIRD
INDICTING GRAND JURY

PETITION OF: HON. PAUL M. YATRON,
PRESIDENT JUDGE OF BERKS
COUNTY

:  No. 7 MM 2017
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of February, 2017, the Petition for Permission to Summon Indicting Grand Jury is **GRANTED**.